IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11-40046-03-RDR |
| v. | ) | |
| | ) | |
| MIRANDA C. MAUK, | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER TO CONTINUE

NOW on this 17th day of August, 2011, the Court, having read and considered the Defendant's Motion For Continuance of Time to File Pretrial Motions, establish new  dates for responses and a hearing date for the motions in this matter by one hundred twenty (120) days, and being satisfied that good cause exists,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for filing pretrial motions is December 16, 2011.  Responses to the pretrial motions shall be filed by December 30, 2011.  A hearing date for the motions shall be set on January 13, 2012 at 9:30 a.m.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the time for continuance is excludable pursuant to Title 18, United States Code, Section 3161(h)(3)(A), in that the ends of justice by granting this continuance will outweigh the best interest of the public and the defendant in a speedy trial, as set out in Title 18, United States Code, Section 3161(h)(3)(A).

IT IS SO ORDERED.

s/Richard D. Rogers
United States District Judge